**United States Bankruptcy Court**
**Middle District of Florida**

In re   PayKickstart, LLC                                       Case No.
                                    Debtor(s)                   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __PayKickstart, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date  6/19/2024

**Daniel A. Velasquez 0098158**
Signature of Attorney or Litigant
Counsel for   **PayKickstart, LLC**
**Latham Luna Eden & Beaudine LLP**
**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
**(407) 481-5800 Fax:(407) 481-5801**
**dvelasquez@lathamluna.com**