UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **In re:** | CASE NO.: 6:24-bk-03076-LVV<br>CHAPTER 11 |
| **PAYKICKSTART, LLC** | *Subchapter V Election* |
|     **Applicable Debtor.**<br>_____/ | |
| **In re:** | CASE NO.: 6:24-bk-03075-LVV<br>CHAPTER 11 |
| **ABIDE BRANDS, INC.** | *Subchapter V Election* |
|     **Debtor.**<br>_____/ | *Emergency Hearing Requested on or before Monday, June 24, 2024* |

**EMERGENCY MOTION FOR AUTHORITY
TO PAY PRE-PETITION WAGES AND
<u>REQUEST FOR EMERGENCY PRELIMINARY HEARING</u>**
(*Emergency Hearing Requested*)

**PAYKICKSTART, LLC**, a Florida Limited Liability Company ("**PayKickstart**" or the "**Debtor**"), by and through its undersigned counsel, moves pursuant to 11 U.S.C. §§ 105(a), 507(a) and Local Rule 2081-1(g)(3) for authority to pay pre-petition wages to its independent contractors (the "**Motion**"), and requests an **emergency preliminary hearing on or before Monday, June 24, 2024** to consider the relief requested herein. In support of the Motion, Debtor states as follows:

<u>**Jurisdiction, Venue and Procedural History**</u>

1.    On June 19, 2024 (the "**Petition Date**"), PayKickstart and Abide Brands, Inc. ("**Abide**") filed their respective petitions for relief under Chapter 11 of Title 11 of the United States Code ("**Bankruptcy Code**") and elected to pursue relief under the provisions of Subchapter V. The Debtors continue to manage and operate their businesses as affiliated debtors-in-possession in accordance with the Bankruptcy Code.

**Description of the Debtor's Business and Employees**

2. As more particularly set forth in the Debtor's Joint Case Management Summary, Abide is an acquisition, management and holding company for software assets. Abide is managed and controlled by its sole-shareholder, Jared Schneider.

3. PayKickstart is also wholly owned and operated by Mr. Schneider. PayKickstart is a software development company which provides e-commerce payment solutions for a wide variety of clientele.

4. As of the Petition Date, PayKickstart employs ten (10) independent contractors (collectively the "**Employees**"). The Employees occupy various positions within the Debtor's operation including: (a) customer support, (b) software engineering, and (c) compliance. The Employees include one (1) Insider/Affiliate (Jared Schneider) as defined within the Bankruptcy Code. The compensation of Mr. Schneider will be addressed by separate motion.

5. The Employees are scheduled to be paid on June 24, 2024 for the period covering June 8, 2024 through June 21, 2024 which payroll is scheduled to be paid on June 24, 2024 in the approximate amount of $14,413.43 (the "**Payroll Amount**"). The name of each Employee to be paid, along with the amounts to be paid are outlined in the payroll chart attached hereto as **Exhibit "A"**.

**Relief Requested**

6. The Debtor seeks authorization to pay the Employees their wages earned during the period covering June 8, 2024 through June 21, 2024 which includes pre-petition wages earned between June 8, 2024 and June 18, 2024 (the "**Pre-Petition Pay Period**"), which are set to be paid in normal course of business on June 24, 2024. The Debtor does not offer medical, dental, vision, life insurance or HSA and 401K retirement benefits to the Employees and not other non-monetary benefits are provided to the Employees.

7. It is essential that the Debtor obtain authorization to pay the wages earned by the Employees during the Pre-Petition Pay Period (the "**Pre-Petition Wages**") to maintain the continuity of the Debtor's business and to preserve the morale of the Employees, who are vital to the operation of the Debtor's business. If the Debtor is not permitted to pay the Employees their compensation due as of the Petition Date, the Employee will not receive payment for services already performed which would irreparably harm the Employees' morale at a time when their services are most needed by the Debtor.

8. Without the requested relief, Debtor's reorganization effort would be substantially jeopardized. Moreover, Debtor's payment of the post-petition wage claims in the ordinary course of business will not prejudice its general unsecured creditor or materially affect the Debtor's estate as these claims are entitled to priority under sections 507(a)(4) and 507(a)(8)(D) of the Bankruptcy Code and must be paid ahead of general unsecured claims.

9. For the Post-petition Pay Period, no Employee will receive compensation in excess of $15,150.00, the limit set forth in 11 U.S.C. § 507(a)(4).

10. It is in the best interests of the creditors that the requested payments be authorized. The Debtor's chances of reorganization depend heavily upon the Employees' continued service, and creditors will fare significantly worse if the Debtor is unable to successfully reorganize. Accordingly, the Debtor requests authorization to pay the pre-petition wages owed to the Employees when such compensation becomes due in the ordinary course of business.

**WHEREFORE**, the Debtor respectfully requests this Court (i) set an emergency hearing on this Motion on or before **Monday, June 24, 2024**, (ii) grant the Motion and authorize the Debtor to pay pre-petition wages of the Employees when such wages become due in the ordinary course of business on June 24, 2024, (iii) and grant such other and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 20th day of June, 2024.

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re:**

**PAYKICKSTART, LLC**

**CASE NO. 6:24-bk-03076-LVV**
**CHAPTER 11**

*Subchapter V Election*

    **Debtor.**

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **PayKickstart, LLC,** 508 Lake Cove Pointe Circle, Winter Garden, FL 34787; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court; and the **U.S. Trustee,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 20th day of June, 2024.

                                                          */s/ Daniel A. Velasquez*
                                                          Daniel A. Velasquez, Esq.

# Exhibit A

**PayKickstart, LLC**

Estimated Payroll Report for the period covering June 8, 2024 through June 21, 2024.

**Employee**

| | | |
|---|---|---|
| Laburada, A | $ | 780.51 |
| Tungol, C | $ | 812.63 |
| Dominguez, D | $ | 1,406.10 |
| Chauhan, G | $ | 154.23 |
| Selimov, S | $ | 1,590.46 |
| Kolesnikov, I | $ | 1,593.34 |
| Bogdanov, M | $ | 2,081.62 |
| Dubey, S | $ | 661.21 |
| Boriani, R | $ | 3,333.33 |
| Schneider, J | $ | 2,000.00 |
| **Total** | **$** | **14,413.43** |