**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**                                                          **CASE NO.: 6:24-bk-03076-LVV**
                                                                    **CHAPTER 11**
**PAYKICKSTART, LLC**
                                                                    *Subchapter V Election*
    **Applicable Debtor.**
_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a true copy of the **FIRST INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO USE CASH COLLATERAL AND NOTICE OF CONTINUED HEARING (Doc. 43)** has been furnished either electronically and/or by U.S. First Class, postage prepaid overnight mail to: **Abide Brands, Inc.,** 508 Lake Cove Pointe Circle, Winter Garden, FL 34787; **PayKickstart, LLC,** 508 Lake Cove Pointe Circle, Winter Garden, FL 34787; **Carly S. Everhardt**, **Esq.**, K&L Gates LLP, Southeast Financial Center, Ste. 3900, 200 S. Biscayne Blvd, Miami, Florida 33131, Counsel for **Boopos Warehouse, LLC**; all parties entitled to receive electronic noticing via CM/ECF; the creditors as shown on the attached Matrix; **Subchapter V Trustee, Aaron R. Cohen**, P.O. Box 4218, Jacksonville, Florida 32201, **Subchapter V Trustee, L. Todd Budgen,** P.O. Box 520546, Longwood, FL 32752; and **Jill Kelos**, United States Trustee**,** 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 17th day of July, 2024.

                                                                   */s/ Daniel A. Velasquez*
                                                                   Daniel A. Velasquez, Esq.